UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON SALTERS,

        Plaintiff,

      v.

KURTIS T. HUNTER and UNKNOWN PARTY
MAILROOM CLERK,

        Defendants.

Case No. 15-cv-554-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 20) of Magistrate Judge Donald G. Wilkerson recommending that the Court grant defendant Kurtis T. Hunter's motion for summary judgment (Doc. 14) and dismiss plaintiff Aaron Salters' claims against him and the unknown party mailroom clerk for failure to exhaust administrative remedies.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.   Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made. *Id.*   "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."   *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 20);

- **GRANTS** Hunter's motion for summary judgment (Doc. 14);

- **DISMISSES** Salters' claims in this case **without prejudice** for failure to exhaust administrative remedies; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   March 29, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**